## MOON v. MOON.

GILBERT, J. The bill of exceptions in this case complains of a judgment awarding fifteen dollars per month as temporary alimony. Under the evidence it does not appear that there was any abuse of discretion;. and therefore, under repeated rulings of this court, the judgment of the trial court will not be reversed.

*Judgment affirmed. All the Justices concur.*

No. 2791. DECEMBER 2, 1921.

Temporary alimony. Before Judge Fortson. Gwinnett superior court. July 30, 1921.

*R. N. Holt* and *I. L. Oakes,* for plaintiff in error.

*W. L. Nix,* contra.